IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03484-MSK-KLM

TYLENE E. HOLLINGSWORTH, an individual,

    Plaintiff,

v.

ROBERT A. MCDONALD, in his official capacity as Secretary of the Department of Veterans Affairs,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Entry of Protective Order** [#17] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#17-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: April 20, 2015