IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03484-MSK-KLM

TYLENE E. HOLLINGSWORTH, an individual,

    Plaintiff,

v.

ROBERT A. MCDONALD, in his official capacity as Secretary of the Department of Veterans Affairs,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Partial Motion to Dismiss Pursuant to Rule 12(b)(6)** [#16] (the "Motion"). Subsequent to the filing of this Motion, Plaintiff filed an Amended Complaint [#28], to which Defendant filed an Answer [#33]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#16] is **DENIED as moot**. *See, e.g.*, *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (citations omitted) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."); *AJB Props., Ltd. v. Zarda Bar-B-Q of Lenexa, LLC*, No. 09-2021-JWL, 2009 WL 1140185, at *1 (D. Kan. April 28, 2009) (finding that amended complaint superseded original complaint and "accordingly, defendant's motion to dismiss the original complaint is denied as moot"); *Gotfredson v. Larsen LP*, 432 F.Supp.2d 1163, 1172 (D. Colo. 2006) (noting that defendants' motions to dismiss are "technically moot because they are directed at a pleading that is no longer operative").

    Dated:  October 9, 2015